ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| General Electric Company | ) ASBCA No. 63084 |
| | ) |
| Under Contract No. FA8626-16-C-2138 | ) |
| FA8626-15-D-0016 | ) |
| F33657-99-D-2050 | ) |

APPEARANCES FOR THE APPELLANT:          Kathryn T. Muldoon Griffin, Esq.
                                        Gregory A. Smith, Esq.
                                          Smith Pachter McWhorter PLC
                                          Vienna, VA

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                      DCMA Chief Trial Attorney
                                    Evan Georgopoulos, Esq.
                                    Peter M. Casey, Esq.
                                      Trial Attorneys
                                      Defense Contract Management Agency
                                      Hanscom Air Force Base, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 24, 2022

_____
RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63084, Appeal of General Electric Company, rendered in conformance with the Board's Charter.

Dated:  February 24, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals